Lola B. Swetman, plaintiff in error, v. Mary H. Arnold, defendant in error. Gen. No. 8,448.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

S. H. Cummins, for plaintiff in error. A. M. Fitzgerald and H. C. Moore, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

Mt. Pulaski Auto Company, Inc., appellant, v. Cordia Starr, appellee. Gen. No. 8,487.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

George J. Smith and Harold F. Trapp, for appellant. B. A. Tyler, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

---

## Fourth District.

---

Clyde Spencer et al., appellees, v. Alton Railway Company, appellant.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

Williamson, Burroughs & Simpson and James L. Reed, for appellant. Virgil M. Jacoby, for appellees.

Mr. Presiding Justice Barry delivered the opinion of the court.

George S. Reinhardt et al., appellants, v. Community High School District No. 68 in St. Clair County, Illinois, appellee.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

P. K. Johnson, for appellants. F. E. Merrills, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Kelly Brothers Lumber Company, appellee, v. Christiana Oehler, appellant.

Heard in this court at the October term, 1930. Opinion filed January 19, 1931.

M. J. O'Shea and C. S. Miller, for appellant. Asa J. Wilbourn, for appellee.

Mr. Justice Fulton delivered the opinion of the court.